# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:                :       CHAPTER 13

BETHANN BRANNIGAN-SOBON,         :       CASE #16-12840/mdc

    Debtor.                      :

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8) AND (a)(9)

I, __Bethann Brannigan-Sobon__, upon my oath according to law, hereby certify as follows in connection with the Confirmation Hearing scheduled for __August 4, 2016__, in the above referenced case:

1. The above named debtor will be able to make all payments under the Plan and to comply with the Plan.

2. The above named debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named debtor has filed all applicable Federal, State and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation Hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation Hearing date.

5. If this Certification is being signed by the debtor, counsel certifies that the debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

DATED:  July 29, 2016

/s/   Bethann Brannigan-Sobon
BETHANN BRANNIGAN-SOBON

Robert N. Braverman, Esquire (I.D. #38312)
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1515 Market Street, 15th Floor
Phila., PA 19102
(215) 928-9199
Attorneys For Debtor