United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-12840-mdc
Bethann Brannigan-Sobon                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 1          Date Rcvd: Feb 11, 2017
                             Form ID: 155          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db             +Bethann Brannigan-Sobon,    2219 Fuller Street,    Philadelphia, PA 19152-2805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2017 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    U.S. Bank N.A. et al... agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank N.A. et al... bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      ROBERT NEIL BRAVERMAN    on behalf of Debtor Bethann  Brannigan-Sobon robert@bravermanlaw.com
      THOMAS I. PULEO    on behalf of Creditor    U.S. Bank N.A. et al... tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                           TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Bethann Brannigan−Sobon
     Debtor(s)

Chapter: 13
Bankruptcy No: 16−12840−mdc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this February 9, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Judge ,
United States Bankruptcy Court

24
Form 155