# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-12840-MDC

BETHANN BRANNIGAN-SOBON

2219 FULLER STREET

PHILADELPHIA, PA 19152

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    BETHANN BRANNIGAN-SOBON

    2219 FULLER STREET

    PHILADELPHIA, PA 19152

Counsel for debtor(s), by electronic notice only.

    ROBERT N BRAVERMAN
    LAW OFFICE OF ROBERT BRAVERMAN
    1515 MARKET ST, 15TH FLOOR
    PHILADELPHIA, PA 19102-

/S/ William C. Miller

Date: 3/20/2017

                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee