# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| BETHANN BRANNIGAN-SOBON, | : | CASE #16-12840/mdc |
| Debtor. | : | **ORDER GRANTING ALLOWANCES** |

THIS MATTER having been opened to the Court by Robert N. Braverman, Esquire of the Law Office of Robert Braverman, LLC, attorneys for debtor, pursuant to an Application for Compensation and Reimbursement of Expenses and Notice thereof, and the Court having reviewed the Application for Compensation, and the matter having come on for hearing, and for good cause shown;

IT IS on this __27th__ day of __March__, 2017 ORDERED that the Application for Compensation and Reimbursement of Expenses of Robert N. Braverman, Esquire, attorneys for debtor, in the amount of $3,500.00 in compensation ($1,750.00 previously received and $1,750.00 paid through the Chapter 13 Plan) be and is hereby allowed.

_____
HONORABLE MAGDELINE D. COLEMAN, USBJ

Copies to be sent to:

Robert N. Braverman, Esquire (#38312)
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1515 Market Street, 15th Floor
Phila., PA 19102
(215) 928-9199
Attorneys For Debtor