United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-12840-mdc
Bethann Brannigan-Sobon                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: JeanetteG          Page 1 of 1            Date Rcvd: Mar 27, 2017
                            Form ID: pdf900          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2017.
db              +Bethann Brannigan-Sobon,   2219 Fuller Street,   Philadelphia, PA 19152-2805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Mar 28 2017 02:23:15    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2017 02:22:57
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2017 02:23:09    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                        TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                              Signature:   /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2017 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor   U.S. Bank N.A. et al... agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank N.A. et al... bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         ROBERT NEIL BRAVERMAN    on behalf of Debtor Bethann  Brannigan-Sobon robert@bravermanlaw.com
         THOMAS I. PULEO    on behalf of Creditor   U.S. Bank N.A. et al... tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                           TOTAL: 6

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN THE MATTER OF:                    :         CHAPTER 13

BETHANN BRANNIGAN-SOBON,    :         CASE #16-12840/mdc

    Debtor.                                  :         **ORDER GRANTING ALLOWANCES**


THIS MATTER having been opened to the Court by Robert N. Braverman, Esquire of the Law

Office of Robert Braverman, LLC, attorneys for debtor, pursuant to an Application for Compensation and

Reimbursement of Expenses and Notice thereof, and the Court having reviewed the Application for

Compensation, and the matter having come on for hearing, and for good cause shown;

IT IS on this ___27th___ day of _____March_____, 2017 ORDERED that the Application for

Compensation and Reimbursement of Expenses of Robert N. Braverman, Esquire, attorneys for debtor, in

the amount of $3,500.00 in compensation ($1,750.00 previously received and $1,750.00 paid through the

Chapter 13 Plan) be and is hereby allowed.

_____

HONORABLE MAGDELINE D. COLEMAN, USBJ


Copies to be sent to:

Robert N. Braverman, Esquire (#38312)
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1515 Market Street, 15th Floor
Phila., PA 19102
(215) 928-9199
Attorneys For Debtor