```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
```

In re:                                                                  Case No. 16-12840-mdc
Bethann Brannigan-Sobon                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore             Page 1 of 2              Date Rcvd: Jan 18, 2018
                              Form ID: pdf900             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2018.
```
db             +Bethann Brannigan-Sobon,    2219 Fuller Street,    Philadelphia, PA 19152-2805
13713687       +ATI Physical Therapy,    1100 S. Christopher Columbus Blvd #25,    Philadelphia, PA 19147-5513
13713689       +Citizens/Convergent Outsourcing,    PO Box 9004,    Renton, WA 98057-9004
13713692        City of Philadelphia Water/Sewer,    Water Revenue Bureau,    1401 JFK Boulevard,
                 Philadelphia, PA 19102-1663
13713693       +Dorthy & Jim Brannigan,    6188 Craig Avenue,    Bensalem, PA 19020-2429
13713695       +IRS-PA Attorney General United States,    Ben Franklin Station,    P.O. Box 227,
                 Washington, DC 20044-0227
13713696       +IRS-PA Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114-0326
13713697       +IRS-PA US Attorney's Office,    615 Chestnut Street,    12th Floor,    Philadelphia, PA 19106-4404
13713698        Matthew Sobon Jr.,    2219 Fuller Street,    Philadelphia, PA 19152-2805
13713699       +Open MRI,   Linda Ciocco, Billing Administrator,    7713 Crittenden Street,
                 Philadelphia, PA 19118-4421
13713700       +Penn Credit Corporation,    916 S. 14th Street,    Harrisburg, PA 17104-3425
13713701       +Philadelphia Gas Works,    800 Montgomery Avenue, 3rd Floor,    Attn: Bankruptcy Department,
                 Philadelphia, PA 19122-2898
13759525       +Police and Fire Federal Credit Union,    901 Arch Street,    Phila., Pa. 19107-2495
13713702       +Police and Fire Federal Credit Union,    Anthony Furia, Senior Collector,    901 Arch Street,
                 Philadelphia, PA 19107-2404
13767705       +Robert N. Braverman, Esquire,    Law Office of Robert Braverman, LLC,
                 1060 N. Kings Hwy., Suite #333,    Cherry Hill, NJ 08034-1910
13713703       +Select Portfolio Serv/JP Morgan Chase,    c/o KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13713705       +Select Portfolio Servicing/JP Morgan Cha,    c/o KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13713706       +Wells Fargo Card Services,    c/o Janet Ivers, Collections Manager,    P.O. Box 9210,
                 Des Moines, IA 50306-9210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 19 2018 01:49:09     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 19 2018 01:48:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 19 2018 01:49:00     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13799158        E-mail/Text: bankruptcy@phila.gov Jan 19 2018 01:49:09     City of Philadelphia,
                 Law Department   Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13713691        E-mail/Text: bankruptcy@phila.gov Jan 19 2018 01:49:09     City of Philadelphia,
                 Law Department - Tax Unit,    One Parkway Building,    1515 Arch Street, 15th Floor,
                 Philadelphia, PA 19102-1595
13713688       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 19 2018 01:48:52     CitiFinancial,
                 c/o Midland Credit Management, Inc.,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13713690       +E-mail/Text: equiles@philapark.org Jan 19 2018 01:49:15     City of Philadelphia,
                 Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
13713694        E-mail/Text: cio.bncmail@irs.gov Jan 19 2018 01:48:34     IRS,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13734698       +E-mail/Text: bankruptcygroup@peco-energy.com Jan 19 2018 01:48:36     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13713704       +E-mail/Text: jennifer.chacon@spservicing.com Jan 19 2018 01:49:18
                 Select Portfolio Servicing, Inc,    Bankruptcy Department,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 10
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2                  Date Rcvd: Jan 18, 2018
                              Form ID: pdf900              Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank N.A. et al... agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank N.A. et al... bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicing
               agent for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage
               Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certific mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage
               Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certifica mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              ROBERT NEIL BRAVERMAN    on behalf of Debtor Bethann  Brannigan-Sobon robert@bravermanlaw.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank N.A. et al... tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BETHANN BRANNIGAN-SOBON                              Chapter 13

                    Debtor         Bankruptcy No. 16-12840-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __18th__ day of __January__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
ROBERT N BRAVERMAN
LAW OFFICE OF ROBERT BRAVERMAN
1515 MARKET ST, 15TH FLOOR
PHILADELPHIA, PA 19102-

Debtor:
BETHANN BRANNIGAN-SOBON

2219 FULLER STREET

PHILADELPHIA, PA 19152